# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Patricia Jayko

                              Plaintiff,

v.                                                                 Case No.: 1:16–cv–02729

                                                                       Honorable Rebecca R. Pallmeyer

European Service at Home, Inc.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 17, 2017:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pursuant to Joint Stipulation to dismiss claims, Plaintiff Patricia Jayko, and opt–in Plaintiffs Holly Anderson, Ayesha Delaney, Dalia Lopez, and Mariyana and Nikolaeva and Defendant European Service At Home, Inc., stipulate that this matter, including all Counts in the Complaint files by Plaintiffs, shall be dismissed in its entirety without prejudice, with each Party bearing its own attorneys' fees and costs. Absent a motion brought by Plaintiffs to enforce the settlement agreement, the dismissal of this matter without prejudice shall convert to a dismissal with prejudice on November 1, 2017. Status hearing set for 5/18/2017 is stricken. Civil case terminated. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.